# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3056
_____

THOMAS DESPART,

    Appellant,

v.

KRISTEN KANNER, DCF/SVP
Director,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

January 8, 2025


PER CURIAM.

Thomas Despart appeals from the trial court's order dismissing his petition for a writ of mandamus against Kristen Kanner, the Sexually Violent Predator Director of the Department of Children and Families. Finding no error by the trial court, we affirm. *See Green v. Steven Garrett Frisco, P.A.*, 371 So. 3d 419, 421 (Fla. 1st DCA 2023) (explaining that mandamus will not lie unless the action sought by petitioner is clearly prescribed by law and can be performed without the exercise of discretion).

This is Despart's fifth pro se filing in this court in five years and his sixth total. The court finds that this appeal is frivolous and warns Despart that any future filings that this court determines

to be frivolous or malicious may result in a prohibition against any future pro se filings in this court. *See State v. Spencer*, 751 So. 2d 47, 49 (Fla. 1999) (holding that a court may deny a petitioner's pro se access to that court, after the petitioner fails to show cause pursuant to a show cause order, where the petitioner has filed repetitious and frivolous pleadings that diminish the court's ability to devote its finite resources to legitimate claims).

AFFIRMED.

OSTERHAUS, C.J., and ROWE and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas Despart, pro se, Appellant.

Ashley Moody, Attorney General, and Andrew McGinley, Assistant Attorney General, Tallahassee, for Appellee.